IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| EDRICK J. DUNN, <br> Institutional ID No. 1896519 <br> SID No. 06453591 <br><br> Plaintiff, <br><br> v. <br><br> BARBARA SUCSY, *et al.*, <br><br> Defendants. | § § § § § § § § § § § § § <br><br> CIVIL ACTION NO. 5:22-CV-190-M-BQ |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND
RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

Before the Court are the Findings, Conclusions, and Recommendation of the United States Magistrate Judge advising that the Court should deny without prejudice Plaintiff's Motion for Summary Judgment.  ECF No. 12.  Plaintiff did not file objections, and the time to do so has now expired.

After making plain error review of the Findings, Conclusions, and Recommendation of the Magistrate Judge, the Court concludes that the Findings and Conclusions are correct.  It is therefore ORDERED that the Findings, Conclusions, and Recommendation of the Magistrate Judge (ECF No. 12) are ACCEPTED, and Plaintiff's Motion for Summary Judgment (ECF No. 7) is DENIED WITHOUT PREJUDICE.

SO ORDERED this 2nd day of December, 2022.

BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE