IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| EDRICK J. DUNN,<br>Institutional ID No. 1896519<br>SID No. 06453591<br><br>      Plaintiff,<br><br>v.<br><br>BARBARA SUCSY,<br><br>      Defendant. | §<br>§<br>§<br>§<br>§<br>§  CIVIL ACTION NO. 5:22-CV-190-M-BQ<br>§<br>§<br>§<br>§<br>§ |

**ORDER**

On July 20, 2022, pro se Plaintiff Edrick J. Dunn filed a Complaint (ECF No. 1) in this Court, proceeding *in forma pauperis*. Plaintiff subsequently filed an Amended Complaint. ECF No. 11. On October 31, 2023, the United States Magistrate Judge entered Findings and Conclusions, recommending that the Court dismiss with prejudice Plaintiff's claims in accordance with 28 U.S.C. §§ 1915 and 1915A. ECF No. 24. Plaintiff did not file objections, and the time to do so has now expired.

After making an independent review of the pleadings, files, and records in this case, and the Findings, Conclusions, and Recommendation of the Magistrate Judge, the Court concludes that the Findings, Conclusions and Recommendation are correct. It is therefore ORDERED that the Findings, Conclusions, and Recommendation of the Magistrate Judge (ECF No. 24) are accepted, and Plaintiff's Amended Complaint (ECF No. 11) is DISMISSED with prejudice for failure to state a claim in accordance with 28 U.S.C. §§ 1915 and 1915A.

**SO ORDERED.**

Dated: November 29, 2023.

_____
BARBARA M. G. LYNN
SENIOR UNITED STATES DISTRICT JUDGE